# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID LEE MEEKS,

    Petitioner,

vs.

TORRY WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-01427-RFB-GWF

**ORDER**

    Petitioner has submitted what he has titled a habeas petition pursuant to 28 U.S.C. § 2254 as well an application to proceed *in forma pauperis* (ECF Nos. 1, 1-1). He subsequently paid the filing fee (*see* ECF No. 2).

    The court has reviewed the submission pursuant to Rule 4 of the Rules Governing Habeas Cases and finds that this petition must be dismissed with prejudice for failure to state a claim for which habeas relief may be granted. A petitioner in custody pursuant to a state-court judgment may seek habeas relief only on the ground that he or she is in custody in violation of the federal Constitution. 28 U.S.C. § 2254(a). Here, while petitioner has titled his document as a § 2254 petition, the relief he seeks is parental custody of his twelve-year-old son. Accordingly, the petition must be dismissed for failure to state a claim for which federal habeas relief may be granted.

    **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** as moot.

    **IT IS FURTHER ORDERED** that the Clerk shall detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice for failure to state a claim for which federal habeas relief may be granted.  This dismissal does not prevent Petitioner from seeking relief for his claim through some means other than a habeas petition.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: November 10, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**